### 41217. STATE HIGHWAY DEPARTMENT v. WHITEHEAD et al.

FELTON, Chief Judge. The questions raised in this appeal are identical to those raised in *State Hwy. Dept. v. Respess,* 111 Ga. App. 421 (142 SE2d 73), and the rulings in that case control the exceptions in this case. Upon authority of the above case the judgments of the trial court as to the identical issues are

*Reversed in part and affirmed in part. Jordan and Russell, JJ., concur.*

SUBMITTED MARCH 1, 1965—DECIDED MAY 7, 1965.

*Eugene Cook, Attorney General, Richard L. Chambers, E. J. Summerour, F. Douglas King, Assistant Attorneys General, Howard P. Wallace, Deputy Assistant Attorney General, John R. McCannon,* for plaintiff in error.
*John L. Respess, Jr.,* contra.